IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL T. MOELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 21 C 6590 |
| JOE COTTON FORD, INC., an Illinois ) | Judge Sharon J. Coleman |
| Corporation, ) | Mag. Judge Susan E. Cox |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

The undersigned parties, through their respective attorneys, pursuant to the Settlement Agreement, hereby stipulate to dismiss the foregoing matter without prejudice and that the dismissal will convert to a dismissal with prejudice on November 14, 2022 unless a motion to reinstate is filed before that date.

Submitted by:

**DANIEL MOELLER**                                    **JOE COTTON FORD, INC.**

By: /s/ Sigi M. Offenbach                              By: /s/ Genevieve M. LeFevour
      One of his Attorneys                                    One of its Attorneys


Sigi M. Offenbach                                       Genevieve M. LeFevour
Pitler and Mandell                                       Caroline K. Vickrey
3025 Lexington Lane                                  Johnson & Bell, Ltd.
Highland Park, Illinois 60035                      33 West Monroe St., Suite 2700
312/782-9466                                             Chicago, Illinois 60603
sigi@pitlerandmandell.com                       312/372-0770
                                                                  lefevourg@jbltd.com
                                                                  vickreyc@jbltd.com